AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kevin Wayne McDaniels,<br>*Plaintiff*<br>v.<br><br>South Carolina, State of; Alan Wilson, S.C. Attorney General; Nikki Haley, S.C. Govenor; Derham Cole, Chief Judge of Sptg. County; Barry Barnette, Chief Prosecutor of Spartanburg Co.; Chuck Wright, Spartanburg Co. Sheriff; Tim Tucker, Spartanburg Co. Police Officer; Phil Easler, Spartanburg Co. Police Officer; Robert Hall, Spartanburg Co. Public Defender sued in their Individual and Official capacity.<br>*Defendants* | )<br>)<br>)  Civil Action No.   1:14-cv-04197-TLW<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Kevin Wayne McDaniels, shall take nothing of the defendants; South Carolina, State of, Alan Wilson, Nikki Haley, Derham Cole, Barry Barnette, Chuck Wright, Tim Tucker, Phil Easler, and Robert Hall; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   January 13, 2015                                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                              s/M. Walker

                                                                                                *Signature of Clerk or Deputy Clerk*